**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TRISHA L. DAVIS,<br><br>Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 2:25-CV-01567-GAM<br><br>**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL FOR DEFENDANT** |

The undersigned files this Motion requesting an order permitting the withdrawal of Nick Burnosky from Maynard Nexsen PC as counsel for Defendant The Lincoln National Life Insurance Company ("Lincoln") and substituting Lisa Alcantar from Maynard Nexsen PC, 150 Monument Road, Suite 207, Bala Cynwyd, PA 19004, lalcantar@maynardnexsen.com, as counsel for Lincoln.

In support of this Motion, the undersigned states that Lincoln is transferring this case to Lisa Alcantar, who will act as counsel for Lincoln in this case. Lincoln has consented to the withdrawal of Nick Burnosky and to the substitution of Lisa Alcantar. Plaintiff does not object to this Motion.

Respectfully submitted,

Lisa Alcantar
Pennsylvania Bar No. 337222
Maynard Nexsen PC
150 Monument Road
Suite 207
Bala Cynwyd, PA 19004
Phone: 512-969-6558
lalcantar@maynardnexsen.com

ATTORNEYS FOR DEFENDANT
THE LINCOLN NATIONAL
LIFE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2026, I electronically filed the foregoing via this Court's CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ Lisa Alcantar*
Lisa Alcantar